UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **ELAINE IVANOWSKI,** | : | **CASE NO. 4:25-cv-40114** |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| **CLEANSKY ENERGY A/K/A** | : | |
| **TITAN GAS LLC, VIV AUTO PILOT,** | : | |
| **VIVIANA ENERGY, GLORIA GLAUDIN** | : | |
| **AND AFFILIATED PARTIES,** | : | |
| Defendants. | : | **AUGUST 15, 2025** |
| | : | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF MASSACHUSETTS:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Titan Energy – New England Inc. ("Defendant Titan Energy") hereby removes this civil action from the Massachusetts Superior Court, Worcester County Superior Court, to this United States District Court, District of Massachusetts. Diversity jurisdiction exists because there is complete diversity of citizenship and the amount in controversy exceeds $75,000.

In support of its Notice of Removal, Defendant Titan Energy states:

### INTRODUCTION

1. On July 25, 2025, Plaintiff Elaine Ivanowski ("Plaintiff"), commenced this civil action by filing a Complaint with the Worcester County Superior Court. *See* Civil Action Cover Sheet and Complaint (Exhibit A – EI 001 – EI025).

2. On August 1, 2025, Defendant Titan Energy was served with a copy of the Civil Action Cover Sheet and Complaint. (Exhibit A).

3. Neither Defendant Titan Energy nor its counsel had any prior notice of the civil action. (Affidavit of Kyle Ramm - Exhibit B).

4. The Complaint purports to assert consumer protection claims under Massachusetts General Laws Chapter 93A for which Plaintiff seeks damages in excess of $316,000." (Exhibit A, at EI-001).

5. Defendant Titan Energy files its Notice of Removal within 30 days of its receipt of the Civil Action Cover Sheet and Complaint and within 30 days of the date on which the Superior Court Action became removable. (Exhibit A).

## DIVERSITY OF CITIZENSHIP

6. The grounds for removal are the original jurisdiction afforded this Court under 28 U.S.C. § 1332(a) (complete diversity).

7. Plaintiff is a resident of Massachusetts. (Exhibit A, at EI-001, 003).

8. Defendant Titan Energy is a Connecticut corporation with its principal place of business in Connecticut. (Ramm Affidavit – Exhibit B; CT Secretary of State Corporate Filing, Exhibit C).

9. Named Defendant, CleanSky Energy is Titan Gas, LLC dba CleanSky Energy. Titan Gas, LLC is a Texas Limited Liability Company with its principal place of business in Texas. (MA Secretary of State Corporate Filing, Exhibit D). On information and belief, its members are not residents of Massachusetts. (Franchise Tax Account Status, 8/15/2025, showing three members only in Texas and New Jersey, Exhibit D-1)

10. Named Defendants Viv Auto Pilot and Viviana Energy are not registered with the MA Secretary of State and do not appear to be existing corporate entities. (MA Secretary of State Corporate Filing Searches, Exhibits E and F).

11. Named Defendant Gloria Glaudin does not appear to be an individual residing in Massachusetts and despite best efforts, cannot be found to exist. (Searches attached as Exhibit G).

12. The Complaint filed in the Worcester County Superior Court is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332. The Superior Court Action is removable to the United States District Court pursuant to 28 U.S.C. § 1441(a). There is complete diversity between the parties. Plaintiff resides in Worcester, Massachusetts (Exhibit A, at EI-001, 003). Defendant Titan Energy is a Connecticut corporation with its principal place of business in Connecticut. (Ramm Affidavit – Exhibit B; CT Secretary of State Corporate Filing, Exhibit C). Therefore, diversity of citizenship exists and supports removal under 28 U.S.C. § 1332.

## AMOUNT IN CONTROVERSY

13. From the allegations in the Complaint, the amount in controversy exceeds $75,000 as Plaintiff seeks damages in excess of $316,000." (Exhibit A, at EI-001).

14. Plaintiff's claims are not nonremovable claims as described in 28 U.S.C. § 1445.

## TIMELINESS OF REMOVAL

15. This Notice of Removal is filed within 30 days of its August 1, 2025 receipt of the Complaint and within 30 days of the date on which the Worcester County Superior Court civil action became removable. As such, Removal is timely. 28 U.S.C. § 1446(b).

## CONSENT

16. Undersigned counsel has conferred with counsel for the only other Defendant who has been joined and served in this matter, Titan Gas, LLC, who consent to this removal. 28 U.S.C. § 1446(b)(2)(A). Further, Titan Gas, LLC had no prior notice of the Worcester County Superior Court civil action prior to August 6, 2025.

## NOTICE OF REMOVAL TO STATE COURT AND STATE COURT RECORD

17. A copy of all process, pleadings, and orders received by Defendant Titan Energy are attached hereto as Exhibit A.

18. Promptly after the filing of this Notice of Removal, Defendant Titan Energy will file a copy of this date-stamped Notice of Removal with the Worcester County Superior Court and give written notice thereof to Plaintiff. A copy of the Notice of Removal to the Worcester County Superior Court (without attachments) to be filed and served is attached as Exhibit H.

19. A Civil Action Cover Sheet for this removal is attached as Exhibit I.

Accordingly, Defendant Titan Energy hereby removes the civil action in the Worcester County Superior Court, Commonwealth of Massachusetts, to this United States District Court, District of Massachusetts.

**DEFENDANT, TITAN ENERGY – NEW ENGLAND INC.**

Dated: New Haven, Connecticut
August 15, 2025

By: /s/ Glenn A. Duhl
Glenn A. Duhl BBO #653001
Zangari Cohn Cuthbertson
  Duhl & Grello P.C.
59 Elm Street, Suite 400
New Haven, CT 06510
Tel.: (203) 786-3709
Fax: (203) 782-2766
gduhl@zcclawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, I caused this Notice of Removal to be electronically filed through the Clerk's ECF system and served it on Plaintiff Pro Se Elaine Ivanowski, 12 Monterey Road, Worcester, MA 01606; and Defendant CleanSky Energy a/k/a Titan Gas LLC, through its agent for service, Incorp Services, Inc., 44 School Street, Suite 505,

Boston, MA 02108-4221, by first class mail, postage prepaid. There is no address known for named Defendants, Viv Auto Pilot, Viviana Energy or Gloria Glaudin.

                                                            /s/ Glenn A. Duhl
                                                           Glenn A. Duhl